# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147261(80)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant/
        Cross-Appellee,

v

LEVON LEE BYNUM,
        Defendant-Appellee/
        Cross-Appellant.
_____/

SC: 147261
COA: 307028
Calhoun CC: 2011-001705-FC

      On order of the Chief Justice, the motion of the Michigan Attorney General to participate in oral argument by sharing ten minutes of the Calhoun County Prosecutor's allotted time for argument is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2014



Clerk